UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KB HOME JACKSONVILLE, LLC,

    Plaintiff,

v.

WESTFIELD INSURANCE COMPANY,

    Defendant.

CASE NO. 3:17-cv-00566-TJC-PDB

**MOTION FOR ADMISSION *PRO HAC VICE* FOR ALEX J. LATHROP AND CONSENT TO DESIGNATION AS LOCAL COUNSEL**

Plaintiff KB Home Jacksonville, LLC ("KB Home"), by and through its undersigned counsel, moves this Court for the *pro hac vice* admission of Alex J. Lathrop. In support of this Motion, KB Home states as follows:

1. Matthew R. Cogburn, as undersigned counsel of record for KB Home, in compliance with Local Rule 2.02 of the Rules of the United States District Court for the Middle District of Florida, moves this Court for the admission of Alex J. Lathrop of Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street NW, Washington, DC 20036, telephone number (202) 663-9208, fax (202) 663-8007, email alex.lathrop@pillsburylaw.com, for the purpose of appearing as co-counsel *pro hac vice* on behalf of KB Home in the above-captioned matter.

2. Alex J. Lathrop certifies that he is familiar with and shall be governed by the Local Rules of the United States District Court for the Middle District of Florida, including without limitation, the Code of Professional Responsibility and other ethical

limitations or requirements governing the professional behavior of members of the Florida Bar.

3. Alex J. Lathrop certifies that he is not a resident of the State of Florida, nor does he maintain a regular practice in the State of Florida.

4. In compliance with Local Rule 2.02 of the United States District Court, Middle District of Florida, Alex J. Lathrop certifies that he is a member in good standing with the United States District Court for the Eastern District of Virginia. A Certificate of Good Standing from the United States District Court for the Eastern District of Virginia is attached as Exhibit "A".

5. The undersigned, Matthew R. Cogburn, of Cogburn Law Firm, P.A., is a member of the Bar of this Court and maintains an office in this district for the practice of law. He is a person with whom the Court and counsel may communicate and upon whom notices and papers may be served. He accepts responsibility for the progress of the case, including the trial and default of the non-resident attorney.

6. Alex J. Lathrop certifies that he has completed and signed the Special Admissions Certification form, which has already been filed with the court with the appropriate filing fee.

**CONSENT TO DESIGNATION**

I, Matthew R. Cogburn, hereby consent to the foregoing designation.

> */s/ Matthew R. Cogburn*
> Matthew R. Cogburn
> Florida Bar No. 0288100

Dated:  May 24, 2017

Respectfully submitted,

 */s/ Matthew R. Cogburn*
Matthew R. Cogburn
Florida Bar No. 0288100
COGBURN LAW FIRM, P.A.
601 South Boulevard
Tampa, FL 33607
Telephone:  813-250-3444
Facsimile:  813-229-4133
mcogburn@cogburnlegal.com

Of counsel:
Alex J. Lathrop
Stephen S. Asay
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone:  202-663-8000
Facsimile:  202-663-8007
alex.lathrop@pillsburylaw.com
stephen.asay@pillsburylaw.com

*Attorneys for Plaintiff KB Home Jacksonville, LLC*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system on this 24th day of May, 2017, which will send an electronic notice to all counsel of record.

                                           */s/ Matthew R. Cogburn*
                                           Matthew R. Cogburn