Exhibit A

O AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern  DISTRICT OF  Virginia

# CERTIFICATE OF GOOD STANDING

I, _____Fernando Galindo_____, Clerk of this Court,

certify that _____Alexander J. Lathrop_____, Bar # 44277,

was duly admitted to practice in this Court on

_____March 5, 2001_____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____Alexandria, VA_____ on _____February 2, 2017_____.
LOCATION                                     DATE

Fernando Galindo
CLERK OF COURT

L. Creek
DEPUTY CLERK