# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KB HOME JACKSONVILLE, LLC,

    Plaintiff,

v.                                                                  Case No. 3:17-cv-566-J-32PDB

WESTFIELD INSURANCE
COMPANY,

    Defendant.

_____

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 30), filed on June 13, 2018, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of June, 2018.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record